United States District Court
Southern District of Texas

**ENTERED**

April 07, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **VICTOR JESUS ARAQUE ALBA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00586** |
| | § | |
| **WARDEN,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

Pending before the Court is Petitioner Victor Jesus Araque Alba's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.) Petitioner lists the following as respondents in their official capacities: U.S. Secretary of Homeland Security Markwayne Mullin; U.S. Attorney General Pamela Bondi; Acting Director of U.S. Immigration and Customs Enforcement Todd Lyons; and Warden of the Webb County Detention Center. (Dkt. 1 at 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the habeas petition, (Dkt. 1) and it on Petitioner via mail by any receipted means no later than **April 14, 2026**, which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner should submit a reply to Respondents' response on or before **April 24, 2026**. In his reply, Petitioner should disclose any outside assistance received in preparing the petition and accompanying motions, including the identity of the individuals who provided assistance and their relationship to Petitioner.

1 / 3

The Clerk of Court is **DIRECTED** to serve copies of Docket Entries No. 1, 2, 3 and this Order on Respondents via certified mail.

Respondent U.S. Department of Homeland Security Secretary Markwayne Mullin or his designee may be served at:

**U.S. Department of Homeland Security**
**Office of General Counsel**
**245 Murray Lane SW**
**Mail Stop 0485**
**Washington, D.C. 20528**

Respondent Attorney General Pamela Bondi or her designee may be served at:

**United States Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, D.C. 20530**

Respondent Acting Director of U.S. Immigration and Customs Enforcement Todd Lyons or his designee may be served at:

**Acting Director of Immigration and Customs Enforcement**
**500 12th St., SW**
**Washington, D.C. 20536**

Respondent Warden of the Webb County Detention Center may be served at:

**Warden of the Webb County Detention Center**
**9998 S. Highway 83**
**Laredo, TX 78046**

The Clerk of Court is **DIRECTED** to e-mail a copy of Docket Entries No. 1, 2, 3 and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov, Daniel.Hu@usdoj.gov, and Hector.Ramirez@usdoj.gov.

The Clerk of Court is **DIRECTED** to mail a copy of this Order to Petitioner by any receipted means at the following address:

**Victor Jesus Araque Alba**
**A245-511-787**

2 / 3

**Webb County Detention Center**
**9998 S. Highway 83**
**Laredo, TX 78046**

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas <u>**at least five (5) days**</u> beforehand.

IT IS SO ORDERED.

SIGNED this April 7, 2026.

Diana Saldaña
United States District Judge